371 A.2d 511
Commonwealth v. Shoats, Appellant.

Argued September 20, 1976. Harry L. Green, Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.